**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TANNY ELIZABETH MINER,                    No. C 07-01120 CRB

12          Plaintiff,                         **ORDER**

13      v.

14   STATE OF CALIFORNIA,

15          Defendant.
                                          /
16

17      Plaintiff's request for a additional time to file her amended complaint is hereby

18   GRANTED.  The amended complaint shall be filed not later than Friday, April 27, 2007.

19      **IT IS SO ORDERED.**

20

21

22   Dated: April 13, 2007            CHARLES  R. BREYER
                                      UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

G:\CRBALL\2007\1120\Order 2.wpd