IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNY ELIZABETH MINER,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | No. C 07-01120 CRB<br><br>**ORDER** |

Plaintiff Tanny Elizabeth Miner, appearing *pro se*, filed a complaint in this action on February 23, 2007, along with a motion to proceed *in forma pauperis*. The Court granted permission to proceed *ifp*, but dismissed the motion pursuant to 28 U.S.C. § 1915(a), finding that the complaint failed to state a cognizable claim. The Court granted Plaintiff leave to file an amended complaint. Plaintiff sought, and received, additional time to file her amended complaint, which was due on April 27, 2007. No amended complaint has yet been filed. The Court hereby orders Plaintiff to file her amended complaint not later than May 18, 2007. Failure to comply with this deadline will result in the dismissal of the case.

**IT IS SO ORDERED.**

Dated: April 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1120\Order 3.wpd