IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNY ELIZABETH MINER,<br>    Plaintiff,<br>  v.<br>STATE OF CALIFORNIA,<br>    Defendant.         / | No. C 07-01120 CRB<br><br>**ORDER** |

   Having received Plaintiff's amended complaint, filed April 27, 2007, the Court previous order regarding the new May 18, 2007, filing deadline is hereby withdrawn.

   **IT IS SO ORDERED.**

Dated: May 1, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1120\Order 4.wpd